UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18 MJ 219 DDN |
| BRANDON MARDELL WOODS, | ) |
| Defendant. | ) |

## DETENTION ORDER

On June 26, 2018, defendant BRANDON MARDELL WOODS came before the court with counsel for a detention hearing on the motion of the government that defendant be detained under the Bail Reform Act, 18 U.S.C. § 3142. At that time, defendant Woods, with the advice of counsel, personally, orally on the record, and voluntarily waived his right to a detention hearing at that time, knowing that a detention order would be issued and that the court would reconsider the detention order on defendant's motion. Therefore,

**IT IS HEREBY ORDERED** that the motion of the government that defendant BRANDON MARDELL WOODS be detained (Doc. 4) **is sustained.**

**IT IS FURTHER ORDERED** that to the extent practicable defendant be confined in a corrections facility separate from persons awaiting or serving sentences or being held in custody pending appeal.

**IT IS FURTHER ORDERED** that defendant be allowed reasonable opportunity for consultation with counsel.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which defendant is confined must deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

/S/     David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on June 26, 2018.